**大成 DENTONS**

**Robert M. Wasnofski, Jr.**
Partner

robert.wasnofski@dentons.com
D    +1 212 768 6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

> The application is **GRANTED**.  The initial conference is hereby adjourned to **August 19, 2021, at 10:30 A.M**.  The parties shall call (888) 363-4749 and use Access Code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed at that time.  By **August 12, 2021**, the parties shall file a joint letter and proposed CMP.
>
> SO ORDERED.
>
> Dated: April 15, 2021
>        New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

April 14, 2021

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *Venus by Maria Tash, Inc. v. Prinatriam, et al.*, Case No. 1:21-cv-02098

Dear Judge Schofield:

      We represent Plaintiff Venus by Maria Tash, Inc. ("Plaintiff") in the above-referenced matter.  Plaintiff filed the instant action on March 10, 2021.  (Dkt. 1.)  Upon information and belief, Defendants are located in Cyprus.  Accordingly, Plaintiff is in the process of serving Defendants in accordance with agreed upon means of service authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents under Fed. R. Civ. P. 4.

      On April 2, 2021, Your Honor issued an Order ("Order") scheduling a telephonic conference on May 20, 2021 at 10:30 a.m. (Dkt. 18.)[1]  Since Plaintiff estimates that it will take approximately three months for service to be effected on Defendants, Plaintiff respectfully moves the Court to adjourn the May 20, 2021 conference and all interim deadlines set forth in the Order by three months.  Plaintiff has not requested any prior adjournments in this matter.

Respectfully submitted,

R. Wa—

Robert M. Wasnofski, Jr.

---

[1] The Order further directs Plaintiff to serve Defendants with a copy thereof and the Court's Individual Rules.  Plaintiff respectfully submits that it will serve Defendants with both documents once service of the Summons and Complaint is effected, and will promptly file proof of service with the Court.

**Rattagan Macchiavello Arocena** ▪   **Jiménez de Aréchaga, Viana & Brause** ▪   **Lee International** ▪   **Kensington Swan** ▪   **Bingham Greenebaum** ▪   **Cohen & Grigsby** ▪   **Sayarh & Menjra** ▪   **Larraín Rencoret** ▪   **Hamilton Harrison & Mathews** ▪   **Mardemootoo Balgobin** ▪   **HPRP** ▪   **Zain & Co.** ▪   **Delany Law** ▪   **Dinner Martin** ▪   For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms