**大成 DENTONS**

Robert M. Wasnofski, Jr.
Partner

robert.wasnofski@dentons.com
D   +1 212 768 6748

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

> The application is hereby **GRANTED.** The initial conference is hereby adjourned to **November 18, 2021, at 10:30 A.M.** The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.
>
> Plaintiff shall file a periodic status letter every 30 days. In addition, by **November 11, 2021,** the parties shall file a joint letter and proposed CMP.
>
> SO ORDERED.
>
> DATE:  August 9, 2021
>            New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

August 6, 2021

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:   *Venus by Maria Tash, Inc. v. Prinatriam, et al.*, Case No. 1:21-cv-02098**

Dear Judge Schofield:

We represent Plaintiff Venus by Maria Tash, Inc. ("Plaintiff") in the above-referenced matter. Plaintiff filed this action on March 10, 2021. (Dkt. 1.) As previously set forth in a letter to Your Honor, dated April 14, 2021 (Dkt. 19), upon information and belief, all of the Defendants are located in Cyprus. Plaintiff is still in the process of serving Defendants in accordance with agreed upon means of service authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents under Fed. R. Civ. P. 4. All necessary documents were submitted to the Cyprus Ministry of Justice on April 1, 2021, and Plaintiff is currently waiting for confirmation of service or attempt of service on Defendants. Plaintiff followed up with the Cyprus Ministry of Justice on July 29, 2021 on the status of service and a response is pending.

The Initial Conference in this matter was originally set for May 20, 2021 at 10:30 a.m. (Dkt. 18.) On April 15, 2021, Your Honor issued an Order ("Order") granting Plaintiff's first request to adjourn the initial conference until August 19, 2021, at 10:30 a.m. (Dkt. 20.) The Order further directs the parties to file a joint letter and proposed CMP by August 12, 2021. Because Plaintiff is current awaiting confirmation of service or attempt of service on Defendants, **Plaintiff respectfully moves the Court to adjourn the August 19, 2021 conference and all interim deadlines set forth in the Order by an additional three (3) months.** Plaintiff estimates that the requested additional time should be sufficient to carry out service through the Hague Convention process and allow the parties to prepare for the Initial Conference. This is Plaintiff's second request for adjournment.

大成 DENTONS

June 21, 2019
Page 2

dentons.com

Respectfully submitted,

*R. Wa~*

Robert M. Wasnofski, Jr.

118678548

112664826\V-1