UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VENUS BY MARIA TASH, INC.,              :
                Plaintiff,    :
                                 :       21 Civ. 2098 (LGS)
      -against-                       :
                                 :       <u>ORDER</u>
PRINATRIAM LTD., et al.                  :
                Defendants,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Clerk of Court issued the Certificates of Default as to Defendants, Dkt. Nos. 39, 40, 41, 43.  It is hereby

      **ORDERED** that Plaintiff shall file the default judgment papers in accordance with the Court's Individual Rules by March 11, 2022.

Dated: March 3, 2022
      New York, New York

                                            LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**