**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
VENUS BY MARIA TASH, INC.,

                Plaintiff,                       21 **CIVIL** 2098 (LGS)

      -against-                           **JUDGMENT**

PRINATRIAM LTD, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 4, 2022, the Report is ADOPTED in full. Plaintiff is awarded (1) damages in the amount of $253,079.43, (2) attorneys' fees in the amount of $97,136.00, (3) costs in the amount of $437.44 and (4) post-judgment interest pursuant to 28 U.S.C. § 1961, calculated from the date of entry of judgment of damages; accordingly, the case is closed.

**Dated:** New York, New York
          October 4, 2022

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                            **BY:**      *K. Mango*

                                                   **Deputy Clerk**